David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| VASQUEZ, ADAN CAMARENA | ) Case No. 08-02939-PHX RJH |
| | ) |
| | ) APPLICATION FOR ORDER FOR |
| | ) PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) TO THE U.S. BANKRUPTCY COURT |
| | ) |

DAVID A. BIRDSELL, Trustee, reports that the following check was issued and not presented for payment, and we are not able to locate the payee.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 102 | 8/20/09 | ADAN CAMARENA VASQUEZ<br>321 N. 4TH STREET<br>AVONDALE, AZ 85323 | $2,208.55 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,208.55 to the Clerk of the Court to be deposited in the Registry thereof.

November 23, 2009
_____
DATE

/s/ David A. Birdsell
_____
DAVID A. BIRDSELL, TRUSTEE